UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

_____

| | |
|---|---|
| In Re:<br><br>Michael J. Welch and<br>Alexandra P. Welch,<br><br><br>Debtors, | Bankruptcy Case<br>No. 11-00354-JDP |

_____

MEMORANDUM OF DECISION
_____

The Court has reviewed Trustee's Final Report, Dkt. No. 29, Trustee's Application for Compensation and Reimbursement of Expenses, Dkt. No. 31, and Trustee's Affidavit in Support of Trustee's Fee and Expenses, Dkt. No. 35, all filed by chapter 7 trustee Richard Crawforth. On the basis of these submission, the Court finds that reasonable compensation for Mr. Crawforth services as trustee in this case is $800.00. See 11 U.S.C. § 330(a); *In re B&B Autotransfusion Services, Inc.*, 443 B.R. 543 (Bankr. D.Idaho 2011). Reimbursement of all requested expenses will be approved.

If Mr. Crawforth would like a hearing to submit additional information, evidence, or argument in support of his fee application, he should contact the Court's calendar clerk to schedule such a hearing. If he is willing accept said sum as compensation for his services, he may submit a revised Order approving the Final Report with the revised amount for trustee's compensation, which order may be entered without further notice or hearing.

Dated: June 18, 2012

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge